IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN W. GRIGSBY, | ) | |
| Plaintiff(s), | ) | No. C 07-2833 CRB (PR) |
| v. | ) | ORDER |
| ROBERT HOREL, et al., | ) | (Docs # 16, 17 & 18) |
| Defendant(s). | ) | |

    While plaintiff was incarcerated at Pelican Bay State Prison ("PBSP"), he filed a pro se complaint under 42 U.S.C. § 1983 alleging mail tampering and interference with ongoing court actions and his right to file grievances.

    Per order filed on August 28, 2007, the court found that plaintiff's allegations of mail tampering and interference with ongoing court actions appeared to state a cognizable claim under § 1983, when liberally construed, and ordered the United States Marshal to serve the named defendants.

    Plaintiff, who is now incarcerated at Salinas Valley States Prison ("SVSP"), has since filed several ex parte motions seeking everything from the return of documents and property unrelated to this case, to sanctions for failure to cooperate with discovery. The motions (docs # 16, 17 & 18) are DENIED as premature and/or for lack of merit.

1  The court will not entertain any further motions by plaintiff in this case
2  unless the motions pertain to this case and are accompanied by a certificate of
3  service showing that they were serve on defendants, as required by Federal Rule
4  of Civil Procedure 5.
5  SO ORDERED.
6  DATED: Nov. 15, 2007

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Grigsby2.0r1.wpd    2