EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
LISA SCIANDRA, State Bar No. 246532
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5846
  Fax: (415) 703-5480
  Email: Lisa.Sciandra@doj.ca.gov

Attorneys for Defendants Horel, Wilber, Carrier, and Jacquez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JONATHAN W. GRIGSBY, | Case No. C 07-2833 CRB |
|---|---|
| Plaintiff, | **DECLARATION OF W. BARLOW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ROBERT HOREL, et al., | |
| Defendants. | |

I, W. BARLOW, declare as follows:

    1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as Litigation Coordinator/Correctional Counselor II at Pelican Bay State Prison (Pelican Bay). I am competent to testify to the matters set forth in this declaration, and if called up to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion for Summary Judgment.

    2. I have been the Litigation Coordinator at Pelican Bay since April 2006, and I have been employed by CDCR since January 1987. My duties as Litigation Coordinator include the

Decl. W. Barlow Supp. Defs.' MSJ     J. Grigsby v. R. Horel, et al.
C 07-2833 CRB

1

following, among other duties:

    a.    I act as a liaison between Pelican Bay and legal staff of the CDCR legal department and the California Attorney General's Office who defend lawsuits against CDCR and employees of Pelican Bay.

    b.    My staff and I serve Pelican Bay employee defendants after we receive subpoenas for them, usually by mail.

    c.    I routinely access various inmate records and duplicate or supervise duplication of documents from inmates' central files to fulfill discovery requests or for other litigation purposes.

    d.    I am authorized under California Code of Civil Procedure § 116.541 to act as a representative for CDCR and Pelican Bay in small claims court. In this capacity, I serve defendants, collect documents in their defense, prepare the defense, and appear on behalf of the defendants in court.

3.    Because of the nature of my duties as Litigation Coordinator, I am generally aware of all litigation brought by current and former inmates against Pelican Bay employees.

4.    I was involved in the defense of small claims case number C1CL06-2139 in Del Norte County Superior Court, which was brought by inmate Jonathan Grigsby (CDCR number T-61830) against Pelican Bay employees.

    a.    In small claims case number C1CL06-2139, Inmate Grigsby alleged that he was attacked by officers at Pelican Bay, handcuffed, and thrown down a flight of stairs.

    b.    My role in this case, as in other small claims cases, was to uncover facts and to defend Pelican Bay employees. In this case I argued on behalf of the Pelican Bay employee defendants that small claims case number C1CL06-2139 should be dismissed because Inmate Grigsby failed to comply with the Tort Claims Act, California Government Code section 900, et seq., which requires that a plaintiff file a tort claim with the California Victim Compensation and Government Claims Board before filing suit against any state employee or agency.

1.    Attached as Exhibit A is a true and correct copy of a letter dated September 14, 2006, that I submitted to the Del Norte Superior Court regarding the request to dismiss.

Decl. W. Barlow Supp. Defs.' MSJ                       *J. Grigsby v. R. Horel, et al.*
                                                                           C 07-2833 CRB

      c.    The court in small claims case number C1CL06-2139 dismissed this case on several grounds, including Inmate Grigsby's failure to comply with the prefiling requirement of the Tort Claims Act.

          1.    Attached as Exhibit B is a true and correct copy of a minute order issued by Judge William H. Follett of the Del Norte County Superior Court dated November 7, 2006, and dismissing small claims case number C1CL06-2139.

          2.    Attached as Exhibit C is a true and correct copy of a minute order issued by Judge Follett dated November 30, 2006. In it Judge Follett responds to Inmate Grigsby's Motion Seeking Reasoning by declining to repeat the reasons for dismissal that were previously stated in the Minute Order dated November 7, 2006.

5.    I was also involved in small claims case number C1CL06-2221 in Del Norte County Superior Court, but only to the extent that I served Inmate Grigsby as a defendant in this case. I observed the trial in this case, but I did not represent any parties to the case and I did not provide any testimony or other evidence.

      a.    In small claims case number C1CL06-2221, Correctional Officer L. Gutierrez filed suit against Inmate Grigsby for punching and injuring him. The court found for the plaintiff. I do not recall the monetary award, but it may have been a few thousand dollars.

6.    Inmate Grigsby was also prosecuted by Del Norte County for the attack on Correctional Officer L. Gutierrez. I do not know any other details of that criminal prosecution.

7.    Attached as Exhibit D is a true and correct copy of Inmate Grigsby's CDC-119 inmate mail log from September 2, 2005, to October 2, 2007.

///
///
///
///
///
///
///

Decl. W. Barlow Supp. Defs.' MSJ            J. Grigsby v. R. Horel, et al.
C 07-2833 CRB

3

8. Attached as Exhibit E is a true and correct copy of a memorandum from CDCR dated January 29, 2004, regarding the processing of incoming and outgoing confidential mail.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Crescent City, California, on ___Nov 20___, 2007.

_____
W. BARLOW

40188285.wpd
SF2007200839