# Exhibit A

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
PELICAN BAY STATE PRISON
5905 Lake Earl Drive
P.O. Box 7000
Crescent City, CA 95532



September 14, 2006

Superior Court of California
County of Del Norte
Civil/Small Claims Division
450 H Street
Crescent City, California 95531

Attention: Court Clerk

Re: **Grigsby v Taylor**
Del Norte County Superior Court, Case C1CL-06-2139
Small Claims Action/REQUEST FOR DISMISSAL
Failure to Fully Exhaust Administrative Remedies

My name is William Barlow, and I am employed as a Correctional Counselor II/Litigation Coordinator for the Litigation Office at Pelican Bay State Prison (PBSP), an institution within the California Department of Corrections and Rehabilitation (CDCR or Department), located at 5905 Lake Earl Drive, Crescent City, California 95532-7000. One of my many responsibilities as Litigation Coordinator is to represent the Department in Small Claims actions, and I am authorized to act in this capacity as is held in the Code of Civil Procedure (CCP), Section 116.541(a) (please see enclosed). In this capacity, I received the above-referenced Small Claims complaint on August 18, 2006, by way of institutional mail at PBSP.

The purpose of this letter is to request that you dismiss this action based on the failure of plaintiff to fully exhaust his administrative remedies. As held in the California Code of Regulations, Title 15, Section 3084.5, plaintiff must first submit his appeals to the institution, through the Third Level of Appeal (Director's Level), before submitting a claim to the Victims Compensation and Government Claims Board (originally Board of Control—BOC); however, in this case, plaintiff did not complete the Third Level of Appeal. Plaintiff did not follow-up which was verified by telephone to the Inmate Appeals Branch in Sacramento on September 6, 2006. In addition, a telephone call to the Victim's Compensation and Government Claims Board, also on September 6, 2006, revealed plaintiff has not filed a claim with BOC.

Government Code (GC), Section 945.4, states in pertinent part, " . . . no suit for money or damages may be brought against a public entity on a cause of action for which a claim is required . . . until a written claim therefore has been presented to the public entity and has been acted upon by the board . . . ." (See excerpt enclosed). GC, Section 915, further explains the procedure for presenting the above-referenced claim to the public entity (see enclosed).

Court Clerk
Page 2

On behalf of the defendants in this matter, and in the interest of complying with the laws of the State of California and serving justice, I respectfully request dismissal of this Small Claims action from the Del Norte County Superior Court.

In the alternative, if in your discretion, you choose not to dismiss this matter, then I respectfully request that you postpone the matter for thirty days beyond the hearing date, to November 6, 2006, as I have a conflict in scheduling, and will be unable to attend the hearing as currently scheduled.

I declare that as a representative of the defendants that (1) I am authorized to appear for the named defendant(s), (2) that I am authorized to act in this capacity as held in the CCP, Section 116.541, and (3) that I am not employed solely to represent the defendants in Small Claims Court.

I make the aforesaid declarations under penalty of perjury, in the City of Crescent City, and the State of California, on this 14th day of September 2006.

Sincerely,

WILLIAM BARLOW, CCII
Litigation Coordinator

Enclosures

cc: Jonathan Grigsby, T-61830