# Exhibit B

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF DEL NORTE

JUDGE: William H. Follett    CLERK: Jamie McCubbin
BAILIFF: NP    REPORTER: NP

JONATHAN GRIGSBY, T-61830,

        Plaintiff,

Vs.    ACTION NO.: C1CL06-2139

J.S. TAYLOR,

        Defendants.

## MINUTE ORDER

This minute order is in response to the Plaintiff's request for statement of reasons for the Court's dismissal of his claim. That information should have been included in the clerk's minutes.

The case was dismissed for a number of reasons as outlined below.

Plaintiff never filed proof that he had served the Defendants in the case.

The court file contains no evidence submitted by the Plaintiff to support his claims. An inmate may appear through written declarations or by having a person, other than an attorney, appear on his behalf without compensation. See Cal. Code Civ. Proc. § 116.540(f).

The Court is without jurisdiction to hear small claims actions against the Department of Corrections and Rehabilitation (CDCR) unless the Plaintiff alleges in his claim that he has exhausted his administrative remedies. Cal. Code Civ. Proc. § 116.220(e). Plaintiff made no such allegations. In small claims court, actions against a CDCR employee are treated as claims against the department under California Code of Civil Procedure section 116.541(e).

In addition, there is no allegation in the complaint that Plaintiff ever submitted a claim with the Victims Compensation and Government Claims Board ("Board"). See Cal Code Civ Proc. § 116.220(e). To the contrary, the Litigation Coordinator at Pelican Bay State Prison, William Barlow, stated to the Court affirmatively that he had personally checked and determined that administrative remedies were not exhausted and no claim was ever submitted to the Board. An employee of the Department need not personally appear to challenge the Plaintiff's compliance with the pleading requirement pursuant to California Code of Civil Procedures section 116.541(b). Plaintiff received a copy of Mr. Barlow's letter/declaration to the court.

DATED:    NOV 0 7 2006

                                                       WILLIAM H. FOLLETT
                                                       Judge of the Superior Court

**Copies mailed to:**

See Proof of Service