# Exhibit D

CDC-119 Query                                                                                           10/24/2007

| CDC NUMBER | INMATE NAME | NAME TO/FROM | CITY/STATE | CERTIFIED # | SENT | REC'D |
|---|---|---|---|---|---|---|
| T61830 | GRIGSBY | 1ST DIST CRT OF APPEAL | SF | | | 9/2/2005 |
| T61830 | GRIGSBY | 1ST DIST CRT OF APPEAL | SAN FRANCISCO | | 9/19/2005 | |
| T61830 | GRIGSBY | 1ST DIST | SF | | | 9/27/2005 |
| T61830 | GRIGSBY | SUPERIOR COUR | LA | | 9/28/2005 | |
| T61830 | GRIGSBY | 1ST DIST COURT | SF | | 9/30/2005 | |
| T61830 | GRIGSBY | WARDEN KIRKLAND | PBSP | | 10/4/2005 | |
| T61830 | GRIGSBY | 1ST DIST CRT OF APPL | SF | | 11/10/2005 | |
| T61830 | GRIGSBY | 1ST DIST CRT OF APPL | SF | | | 10/25/2005 |
| T61830 | GRIGSBY | SUPERIOR CRT | CRESCENT CITY | | 11/23/2005 | |
| T61830 | GRIGSBY | G. CHARLES, LA | | 70051160000494747568 | | 11/29/2005 |
| T61830 | GRIGSBY | 1ST DIST CRT OF APPL | SF | | | 12/2/2005 |
| T61830 | GRIGSBY | G CHARLES | | 70033110000128428383 | | 12/13/2005 |
| T61830 | GRIGSBY | 1ST DIST CRT OF APPL | SF | | 1/12/2006 | |
| T61830 | GRIGSBY | G. CHARLES, LA | | 70033110000128428246 | | 1/13/2006 |
| T61830 | GRIGSBY | G. CHARLES, LA | | 70033110000128428253 | | 1/17/2006 |
| T61830 | GRIGSBY | 1ST DIST CRT OF APPL | SF | | | 1/27/2006 |
| T61830 | GRIGSBY | GLORIA CHARLES, LA | | 70051600000450910074 | | 3/7/2006 |
| T61830 | GRIGSBY | CHARLES, LA | | 70033110000128428314 | | 3/14/2006 |
| T61830 | GRIGSBY | SUPERIOR CRT | CRESCENT CITY | | 3/22/2006 | |
| T61830 | GRIGSBY | G. CHARLES, LA | | 70033110000128428321 | | 4/4/2006 |
| T61830 | GRIGSBY | G. CHARLES, LA | | 70033110000128428345 | | 4/5/2006 |
| T61830 | GRIGSBY | G. CHARLES, LA | | 70033110000128428352 | | 4/12/2006 |
| T61830 | GRIGSBY | SUPERIOR CRT | CRESCENT CITY | | | 4/13/2006 |
| T61830 | GRIGSBY | SUPERIOR CRT GRND JURY | CRESCENT CITY | | 4/17/2006 | |
| T61830 | GRIGSBY | J. HAGAR, USDC, MADRID | SF | | 4/18/2006 | |
| T61830 | GRIGSBY | JUDGE HAGAR | USDC, SF | | 4/24/2006 | |
| T61830 | GRIGSBY | GRIGSBY, LA | | 70060100000511560675 | | 4/26/2006 |
| T61830 | GRIGSBY | SUPERIOR CRT | CRESCENT CITY | | 4/27/2006 | |
| T61830 | GRIGSBY | JUDGE HAGAR, USDC | SF | | | 5/2/2006 |
| T61830 | GRIGSBY | DN SUP COURT | CRESCENT CITY CA | | | 5/3/2006 |
| T6183 | GRIGSBY | GRAND JURY | CC CA | | 5/10/2006 | |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 10/20/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 2/21/2007 | |

Page 1

CDC-119 Query                                                                                                                    10/24/2007

| CDC NUMBER | INMATE NAME | NAME TO/FROM | CITY/STATE | CERTIFIED # | SENT | REC'D |
|---|---|---|---|---|---|---|
| T61830 | GRIGSBY | SUPERIOR COURT GRAND JURY | CC CA | | 7/24/2006 | |
| T61830 | GRIGSBY | LA SUP COURT | LA CA | | 7/24/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | | 8/2/2006 |
| T61830 | GRIGSBY | SUPERIOR COURT | CC CA | | 8/4/2006 | |
| T61830 | GRIGSBY | CC SUPERIOR COURT | CC CA | | 8/11/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 8/14/2006 | |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 8/15/2006 | |
| T61830 | GRIGSBY | SUP COURT | LA CA | | 8/15/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | | 8/16/2006 |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 8/21/2006 | |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 8/25/2006 | |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 8/25/2006 | |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 9/5/2006 | |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 9/6/2006 | |
| T61830 | GRIGSBY | US COURTHOUSE | SF CA | | 3/5/2007 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | | 9/20/2006 |
| T61830 | GRIGSBY | U.S. COURTHOUSE NORTHERN DIST | SAN FRANCISCO, CA | | 7/31/2007 | |
| T61830 | GRIGSBY | WARDEN, HOREL | CRESCENT CITY, CA | | 8/1/2007 | |
| T61830 | GRIGSBY | USDC | SF CA | | 9/18/2006 | |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 9/18/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | | 9/8/2006 |
| T61830 | GRIGSBY | 03050830000465283067 | LA CA | | | 9/8/2006 |
| T61830 | GRIGSBY | CC SUP COURT | CC CA | | 9/12/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | | 9/14/2006 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | | 9/14/2006 |
| T61830 | GRIGSBY | USDC | SF CA | | | 9/14/2006 |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 9/21/2006 | |
| T61830 | GRIGSBY | SMALL CLAIMS COURT | FRESNO CA | | | 9/26/2006 |
| T61830 | GRIGSBY | US COURTHOUSE | SF CA | | 9/29/2006 | |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 10/3/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 10/4/2006 | |
| T61830 | GRIGSBY | USDC | SF CA | | 10/4/2006 | |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 10/5/2006 | |

CDC-119 Query                                                                                              10/24/2007

| CDC NUMBER | INMATE NAME | NAME TO/FROM | CITY/S | ATE CERTIFIED # | SENT | REC'D |
|---|---|---|---|---|---|---|
| T61830 | GRIGSBY | SUP COURT | CC CA | | 10/5/2006 | |
| t61830 | GRIGSBY | DN SUP COURT | CC CA | | | 10/11/2006 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | | 10/11/2006 |
| T61830 | GRIGSBY | WARDEN | CC CA | | 10/12/2006 | |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 10/12/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | | 10/20/2006 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | | 10/20/2006 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | | 10/30/2006 |
| T61830 | GRIGSBY | SMALL CLAIMS COURT | CC CA | | 10/30/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | | 10/30/2006 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | | 10/31/2006 |
| T61830 | GRIGSBY | SUP COURT | CC CA | | | 10/31/2006 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | | 10/31/2006 |
| T61830 | GRIGSBY | COPY MADE | | | | |
| T61830 | GRIGSBY | COURT OF APPEAL | SF CA | | 11/1/2006 | 11/6/2006 |
| T61830 | GRIGSBY | COURT CLERK | CC CA | | 11/1/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 11/1/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 11/3/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 11/7/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | | 11/14/2006 |
| T61830 | GRIGSBY | SUP COURT | CRESCENT CITY CA | | | |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 11/14/2006 | |
| T61830 | GRIGSBY | SUPERIOR COURT | CC CA | | | 11/14/2006 |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 11/15/2006 | |
| T61830 | GRIGSBY | COURT OF APPEAL | SF CA | | | 11/16/2006 |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 11/17/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 11/17/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 11/20/2006 | |
| T61830 | GRIGSBY | COURT OF APPEAL | SF CA | | 11/27/2006 | |
| T61830 | GRIGSBY | SUP COURT | CC CA | | | 12/5/2006 |
| T61830 | GRIGSBY | COURT OF APPEAL | SF CA | | | 12/5/2006 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 12/5/2006 | |
| T61830 | GRIGSBY | 70060100000147226112 | LA CA | | | 12/5/2006 |

Page

10/24/2007

CDC-119 Query

| CDC NUMBER | INMATE NAME | NAME TO/FROM | CITY/STATE CERTIFIED # | SENT | REC'D |
|---|---|---|---|---|---|
| T61830 | GRIGSBY | SUP COURT | LA CA | 12/8/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | 12/8/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | 12/12/2006 | |
| T61830 | GRIGSBY | 70060100000147226129 | LA CA | | 12/21/2006 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | 12/21/2006 | |
| T61830 | GRIGSBY | SUP COURT | LA CA | 12/21/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | 12/26/2006 | |
| t61830 | GRIGSBY | DN SUP COURT | CC CA | | 12/28/2006 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 1/11/2007 |
| T61830 | GRIGSBY | USDC | SF CA | 1/31/2007 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | 2/2/2007 | |
| T61830 | GRIGSBY | 70033110000128428291 | LA CA | | 2/8/2007 |
| T61830 | GRIGSBY | COURT OF APPEAL | SF CA | | 2/8/2007 |
| T61830 | GRIGSBY | USDC | SF CA | 2/13/2007 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | 2/14/2007 | |
| T61830 | GRIGSBY | 70063450000076375984 | LA CA | | 2/14/2007 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | 2/15/2007 | |
| T61830 | GRIGSBY | USDC | SF CA | 2/16/2007 | |
| T61830 | GRIGSBY | NORTH DIST COURT | SF CA | 2/20/2007 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | 2/20/2007 | |
| T61830 | GRIGSBY | USDC | SF CA | 2/23/2007 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 2/27/2007 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 2/27/2007 |
| T61830 | GRIGSBY | USDC | SF CA | | 3/1/2007 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | 3/2/2007 | |
| T61830 | GRIGSBY | US NORTH DIST | SF CA | 3/2/2007 | |
| T61830 | GRIGSBY | USDC | SF CA | | 3/6/2007 |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 3/8/2007 |
| T61830 | GRIGSBY | SUP COURT | CC CA | | 3/8/2007 |
| T61830 | GRIGSBY | 70063450000076375991 | LA CA | | 3/13/2007 |
| T61830 | GRIGSBY | WIEKING | SF CA | 3/13/2007 | |
| T61830 | GRIGSBY | DN GRAND JURY | CC CA | 3/13/2007 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 3/14/2007 |

CDC-119 Query                                                                    10/24/2007

| CDC NUMBER | INMATE NAME | NAME TO/FROM | CITY/STATE CERTIFIED # | SENT | REC'D |
|---|---|---|---|---|---|
| t61830 | grigsby | 70063450000076376011 | LA CA | | 3/15/2007 |
| T61830 | GRIGSBY | NORTH DIST COURT | SF CA | 3/20/2007 | |
| T61830 | GRIGSBY | USDC | SF CA | 3/22/2007 | |
| T61830 | GRIGSBY | NORTHERN DIST | SF CA | 3/27/2007 | |
| T61830 | GRIGSBY | USDC | SF CA | 4/2/2007 | |
| T61830 | GRIGSBY | USDC | SF CA | | 4/3/2007 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | 4/9/2007 | |
| T61830 | GRIGSBY | COURT CLERK | CC CA | 4/9/2007 | |
| T61830 | GRIGSBY | COURT CLERK | CC CA | 4/9/2007 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | 4/12/2007 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 4/12/2007 |
| T61830 | GRIGSBY | USDC | SF CA | | 4/13/2007 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | 4/19/2007 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 4/25/2007 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 4/25/2007 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 4/25/2007 |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 4/25/2007 |
| T61830 | GRIGSBY | USDC | SF CA | 5/11/2007 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | | 5/16/2007 |
| T61830 | GRIGSBY | COURT OF APPEAL | SF CA | 5/17/2006 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | 5/18/2007 | |
| T61830 | GRIGSBY | USDC | SF CA | | 5/18/2007 |
| T61830 | GRIGSBY | USDC | SF CA | 5/25/2007 | |
| T61830 | GRIGSBY | USDC | SF CA | 5/29/2007 | |
| T61830 | GRIGSBY | NORTHERN DIST COURT | EUREKA | 6/19/2007 | |
| T61830 | GRIGSBY | WARDEN HOREL | CC CA | 6/19/2007 | |
| T61830 | GRIGSBY | DN SUP COURT | CC CA | 6/21/2007 | |
| T61830 | GRIGSBY | USDC | SF CA | 7/15/2007 | |
| T61830 | GRIGSBY | U.S. DISTRICT COURT | SAN FRANCISCO, CA | | 7/25/2007 |
| T61830 | GRIGSBY | CLERK, OF THE U.S. DISTRICT COUR | SAN FRANCISCO, CA | 7/30/2007 | |
| T61830 | GRIGSBY | U.S DISTRICT COURT | SAN FRANCISCO, CA | | 9/5/2007 |
| T61830 | GRIGSBY | U.S. DISTRICT COURT | SAN FRANCISCO, CA | | 9/10/2007 |
| T61830 | GRIGSBY | COPY SENT | | 10/2/2007 | |

Page