# Exhibit E

...rnia                                                                Department of Corrections

# Memorandum

Date : JAN 29 2004

To : Regional Administrators-Institutions Division
Wardens

Subject: PROCESSING OF INCOMING AND OUTGOING CONFIDENTIAL MAIL

The following clarification is in response to several recent concerns relayed to the Legal Affairs Division and Institutions Division by institution staff regarding the appropriate processing of incoming and outgoing confidential mail. Institution staff request assistance and guidance regarding what information is required on an envelope in order to be processed as confidential mail. Institution staff indicate that some correspondence being sent to inmates may be inadvertently processed as confidential mail.

The California Code of Regulations (CCR), Title 15, Section 3142 and Section 3143, sets forth specific criteria regarding the processing of incoming and outgoing confidential mail.

## INCOMING CONFIDENTIAL MAIL

The CCR Section 3143 specifically states that, incoming letters bearing the name or title and a return address of persons and the office of persons listed in CCR Section 3141, will be processed as confidential correspondence. Incoming correspondence bearing only a department or agency return address without any reference to the name or title of the officials or persons listed in Section 3141 will be processed by designated employees as nonconfidential correspondence.

Therefore, based on the above criteria, in order for any incoming correspondence to be processed as confidential mail, departmental policy requires the correspondence to include all the following on the face of the envelope:

- The specific name of the person sending the mail except for entities identified in CCR 3141(c)(5) and (c)(7) which can have a title of a person in lieu of a specific name.

- The return address of the person sending the mail.

- The office of the person(s) sending the mail (samples #1, #2 and #3).

All incoming correspondence that does not bear a specific name, (sample #4) except for CCR 3141(c)(5) and (c)(7), or is not one of the entities identified in CCR Section 3141(c)(1) through (c)(8), shall be processed as nonconfidential mail (sample #5).

Regional Administrators-Institutions Division
Wardens
Page 2

In addition, any correspondence that contain the required data, but appears to have a fraudulent return address, (samples #6 and #7) or is not a recognized legal service organization as outlined in CCR Section 3141(c)(8), shall also be processed as nonconfidential mail (sample #8).

When determining whether a legal service organization is legitimate or not, staff should consult with the Legal Affairs Division (LAD) at (916) 445-0495.

**OUTGOING CONFIDENTIAL MAIL**

The CCR Section 3142(a) specifically states, among other criteria, that, in order for outgoing correspondence to be processed as confidential, "The letter must be addressed to a person or to the office of a person listed in Section 3141," and be clearly marked with the word "confidential" on the face of the envelope (sample #9).

If the correspondence is not addressed to one of the entities listed in CCR 3141, the correspondence shall be processed as nonconfidential mail.

If the correspondence is appropriately addressed to a person or office of a person listed in CCR 3141, but appears to have a fraudulent address (sample #10) or fraudulent legal service organization, the correspondence shall be processed as nonconfidential mail (sample #11).

Please recognize that the above information is a guideline for your use and is not intended as an exhaustive list of possible scenarios.

Should you have any question, please contact Frank Lopez, Facility Captain, Institution Services Unit, at (916) 323-4242, or the LAD's Officer of the Day, at (916) 445-0495.

*[signature]*
SUZAN L. HUBBARD
Deputy Director (A)
Institutions Division

Attachment

cc: Richard A. Rimmer     Cheryl K. Pliler      Rosanne Campbell
    Wendy Still           Frank E. Renwick      E. A. Mitchell
    Kathleen Keeshen      Steven Moore          Marilyn Kalvelage
    Ombudsmen's Office    Jan Sale              Kathleen Dickinson

## PROCESSING OF INCOMING CONFIDENTIAL MAIL

### Approved Samples:

#1.  Mr. John Doe
     Prison Law Office
     123 ABC Street
     Sacramento, CA 95333

#2.  Mr. John Doe
     Doe & Associates/Attorney at Law
     123 ABC Street
     Sacramento, CA 95333

#3.  Chief of Inmate Appeals
     California Department of Corrections
     1515 "S" Street
     Sacramento, CA 95333

### Disapproved Samples:

#4.  Prisoners Law Office
     123 ABC Street
     Sacramento, CA 95333

#5.  Mr. John Doe
     123 ABC Street
     Sacramento, CA 95333

#6.  Chief of Inmate Appeals
     California Department of Corrections
     500 Ash Ave
     Dixon, CA 95492

#7.  Mr. John Doe
     Prison Law Office
     -910 Gilmore Ave
     Yolo, CA 95463

#8.  Mr. John Doe
     Prison Advisory Office
     190 Cannon Drive
     Ontario, CA 98765

## PROCESSING OF OUTGOING CONFIDENTIAL MAIL

### Approved Sample:

#9.  Prison Law Office
     123 ABC Street
     Sacramento, CA 95333

### Disapproved Samples

#10. Mr. John Doe
     Chief of Inmate Appeals
     185 Sutter Street
     Compton, CA 95897

#11. United Services for Prisoners
     1245 Vista Road
     Hayward, CA 95843