EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
LISA SCIANDRA, State Bar No. 246532
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5846
 Fax: (415) 703-5480
 Email: Lisa.Sciandra@doj.ca.gov

Attorneys for Defendants Horel, Wilber, Carrier, and Jacquez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JONATHAN W. GRIGSBY,**<br><br>                                            Plaintiff,<br><br>         v.<br><br>**ROBERT HOREL, et al.,**<br><br>                                            Defendants. | Case No. C 07-2833 CRB<br><br>**DECLARATION OF L. SCIANDRA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, LISA SCIANDRA, declare as follows:

1. I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendants Horel, Wilber, Carrier, and Jacquez (Defendants) in the above-captioned matter. I am competent to testify to the matter set forth in this declaration, and if called upon to do so, I would and could so testify. I submit this declaration in support of Defendants' Motion for Summary Judgment.

2. Attached as Exhibit B are true and correct copies of documents from the central file of Plaintiff Jonathan W. Grigsby (Plaintiff), as well as a declaration from the custodian of Plaintiff's

Decl. of L. Sciandra in Supp. Defs.' Mot. Summ. J.                                                     J. Grigsby v. R. Horel, et al.
                                                                                                                                                              C 07-2833 CRB

1

1 | central file.

2     a.   Attached as Exhibit A is a true and correct copy of the Declaration of Custodian of Records for the below-described exhibits from Plaintiff's central file.

    b.   Attached as Exhibit B are true and correct copies of three envelopes bearing Plaintiff's name and address as recipient.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on \_\_11/20\_\_, 2007.

/s/ Lisa Sciandra
Lisa Sciandra
Deputy Attorney General

40189026.wpd
SF2007200839

Decl. of L. Sciandra in Supp. Defs.' Mot. Summ. J.      J. Grigsby v. R. Horel, et al.
C 07-2833 CRB

2