# Exhibit A

DECLARATION OF CUSTODIAN OF RECORDS

I, _____Linda Allen_____ declare as follows:

I am employed by the California Department of Corrections at Salinas Valley State Prison, Soledad, California as a Case Records Manager. In this capacity, I am a duly authorized custodian of records maintained on inmates committed to the custody of the California Department of Corrections and housed at this institution.

A central file is maintained on each inmate housed in the California Department of Corrections. The file is maintained by the records office of each institution housing the inmate, and transferred with the inmate to any other institution.

The documents and entries in documents pertaining to an inmate are prepared at or near the time of their occurrence by persons with knowledge of the circumstances or events.

The documents attached hereto are true and correct copies of documents from the file of inmate Grigsby CDC # _____T-61830_____ and maintained in the regular course of business by the Department of Corrections at this institution.

I declare under penalty of perjury that I am competent to testify as a witness, that the foregoing is true and correct and based on my personal knowledge except for those statements based on information and belief, and as to those statements I believe them to be true, and that if called as a witness, I would so testify.

Executed on   October 26, 2007,  at    Soledad    , California.

*Linda Allen*