Case 3:07-cv-02833-CRB    Document 24-3    Filed 11/26/2007    Page 1 of 3

# Exhibit B

**Envelope A:**



State Bar of California
Office of Governmental Affairs
1201 'K' Street, Suite 720
Sacramento, CA 95814

SACRAMENTO CA 957
14 JUN 2006 PM 1 L

JUN 26 2006

Exhibit A

"Does Not Meet The Criteria For 'CONFIDENTIAL MAIL'"

Jonathan Grigsby T-61830
Pelican Bay State Prison
P O Box 7000 BI 224
Crescent City, CA 95532

95532+0000

**Envelope B:**

ROSEN, BIEN & ASARO, LLP
ATTORNEYS AT LAW
EIGHTH FLOOR
155 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA 94104

ROSEN, BIEN & ASARO
155 MONTGOMERY STREET • 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104

TO:

Exhibit B

"Does Not Meet The Criteria For 'CONFIDENTIAL...'"

CONFIDENTIAL LEGAL MAIL
Jonathan Grigsby, T-61830
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

CONFIDENTIAL LEGAL MAIL
JUN 30 2006



US POSTAGE
neopost
$0.630
07/07/2006
Mailed From 94104
043J83006789

CONFIDENTIAL LEGAL MAIL

ROSEN, BIEN & ASARO, LLP
155 MONTGOMERY STREET • 8TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104

TO:

CONFIDENTIAL - LEGAL MAIL
Jonathan Grigsby, T-61830
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95531

CONFIDENTIAL LEGAL MAIL

CONFIDENTIAL LEGAL MAIL



JUL 18

exhibit C