IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN W. GRIGSBY,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT HOREL, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. C 07-2833 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The above-captioned case involves Plaintiff Jonathan W. Grigsby's (Plaintiff) claims that Defendants Horel, Wilber, Carrier, and Jacquez (Defendants): (1) tampered with his mail; (2) denied him access to the courts; and (3) failed to process his administrative appeals. Defendants moved for summary judgment under Rule 56(c) of the Federal Rules of Civil Procedure.

After considering the moving and opposition papers, IT IS HEREBY ORDERED THAT Defendants' Motion for Summary Judgment is GRANTED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Charles R. Breyer

[Proposed] Order Granting Defs.' Mot. for Summ. J.　　　　　　　　　　　J. Grigsby v. R. Horel, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 07-2833 CRB

1