1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  LISA SCIANDRA, State Bar No. 246532
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5846
     Fax:  (415) 703-5480
8    Email:  Lisa.Sciandra@doj.ca.gov

9  Attorneys for Defendants Horel, Wilber, Carrier, and
   Jacquez[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHAN W. GRIGSBY,<br><br>                              Plaintiff,<br><br>    v.<br><br>ROBERT HOREL, et al.,<br><br>                              Defendants. | Case No. C 07-2833 CRB<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |

    Defendants Horel, Wilber, Carrier, and Jacquez respectfully request that this Court take judicial notice of the following:

    1.   Attached as Exhibit A is a true and correct copy of a printout from the U.S. Court's Party/Case Index database, Public Access to Court Electronic Records (PACER), dated November 20, 2007, showing the contents of the docket for *Grigsby v. Castellan, et al.*, Case No.

---

    1. To the best knowledge of the Attorney General's Office, Defendant Miller has not been served, and so the Attorney General's Office makes no appearance on his or her behalf.

1 | C 06-5494 CRB (PR) (N.D. Cal.).

2 |     2.    The Order of Dismissal filed in *Grigsby v. Castellan, et al.*, Case No. C 06-5494
3 | CRB (PR) (N.D. Cal., filed February 26, 2007), a true and correct copy of which is attached to
4 | this Request as Exhibit B.

5 |     3.    The Judgment in favor of Defendant in *Grigsby v. Castellan, et al.*, Case No. C 06-5494
6 | CRB (PR) (N.D. Cal., filed February 26, 2007), a true and correct copy of which is attached to
7 | this Request as Exhibit C.

8 |     4.    The Order denying Plaintiff's motion for reconsideration in *Grigsby v. Castellan, et al.*,
9 | Case No. C 06-5494 CRB (PR) (N.D. Cal., filed March 29, 2007), a true and correct copy of
10 | which is attached to this Request as Exhibit D.

11 |     5.    The Order dismissing Plaintiff's "motion to reactivate civil complaint" in *Grigsby v.*
12 | *Castellan, et al.*, Case No. C 06-5494 CRB (PR) (N.D. Cal., filed June 18, 2007), a true and
13 | correct copy of which is attached to this Request as Exhibit E.

14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

Defs.' Req. for Jud. Not.    *J. Grigsby v. R. Horel, et al.*
C 07-2833 CRB

2

1   Judicial notice is appropriate where the fact is not subject to reasonable dispute because it is
2   "capable of accurate and ready determination by resort to sources whose accuracy cannot
3   reasonably be questioned." Fed. R. Evid. 201 (b)(2). Moreover, judicial notice by a court is
4   mandatory "if requested by a party" and if the court is "supplied with the necessary information."
5   Fed. R. Evid. 201(d). This Court may properly take judicial notice of matters of public record.
6   *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).

7   Dated: November 26, 2007

8   Respectfully submitted,

9   EDMUND G. BROWN JR.
    Attorney General of the State of California

10  DAVID S. CHANEY
    Chief Assistant Attorney General

11  FRANCES T. GRUNDER
12  Senior Assistant Attorney General

13  MICHAEL W. JORGENSON
    Supervising Deputy Attorney General

16  LISA SCIANDRA
17  Deputy Attorney General
    Attorneys for Defendants Horel, Wilber, Carrier, and Jacquez

40188720.wpd
SF2007200839

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **J. Grigsby v. R. Horel, et al.**

No.:   **C 07-2833 CRB**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>November 26, 2007</u>, I served the attached

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE w/Exhibits A through E**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Jonathan Grigsby (T-61830)
Salinas Valley State Prison
DMH
P.O. Box 1050
Soledad, CA 93960-1050
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 26, 2007, at San Francisco, California.

|  |  |
|---|---|
| M. Luna | *M. Luna* |
| Declarant | Signature |

40189146.wpd