# Exhibit A

**3:06-cv-05494-CRB** Grigsby v. Castellan et al
Charles R. Breyer, presiding
**Date filed:** 09/07/2006
**Date terminated:** 02/26/2007 **Date of last filing:** 09/26/2007

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed:* 09/07/2006<br>*Entered:* 09/08/2006 | Complaint |
| | *Docket Text:* COMPLAINT against all defendants. No Process. Filed byJonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 9/7/2006) | |
| 2 | *Filed:* 09/07/2006<br>*Entered:* 09/08/2006<br>*Terminated:* 02/28/2007 | Motion for Leave to Proceed in forma pauperis |
| | *Docket Text:* MOTION for Leave to Proceed in forma pauperis filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 9/7/2006) | |
| 3 | *Filed & Entered:* 10/02/2006<br>*Terminated:* 02/28/2007 | Motion to Transfer Case |
| | *Docket Text:* MOTION to Transfer filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 10/2/2006) | |
| 4 | *Filed:* 10/04/2006<br>*Entered:* 10/05/2006 | Letter |
| | *Docket Text:* Letter dated 9/17/06 from Jonathan Grigsby re mail. (mcl, COURT STAFF) (Filed on 10/4/2006) | |
| 5 | *Filed:* 10/06/2006<br>*Entered:* 10/16/2006<br>*Terminated:* 02/28/2007 | Motion for Leave to File |
| | *Docket Text:* MOTION for Leave to File Amended Complaint filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 10/6/2006) | |
| 6 | *Filed:* 01/05/2007<br>*Entered:* 01/08/2007 | Letter |
| | *Docket Text:* Letter dated 1/2/07 from Jonathan Grigsby re status of ifp application. (mcl, COURT STAFF) (Filed on 1/5/2007) | |
| 7 | *Filed & Entered:* 01/08/2007<br>*Terminated:* 02/28/2007 | Motion for Preliminary Injunction |
| | *Docket Text:* MOTION for Preliminary Injunction filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 1/8/2007) | |
| 8 | *Filed & Entered:* 01/08/2007 | Certificate of Service |
| | *Docket Text:* CERTIFICATE OF SERVICE by Jonathan W. Grigsby re [7] MOTION for Preliminary Injunction (mcl, COURT STAFF) (Filed on 1/8/2007) | |
| | *Filed:* 02/02/2007<br>*Entered:* 02/05/2007 | Motion to Appoint Counsel |

| | | | |
|---|---|---|---|
| 9 | *Terminated:* | 02/28/2007 | |
| | *Docket Text:* MOTION to Appoint Counsel filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 2/2/2007) | | |
| 10 | *Filed:*<br>*Entered:*<br>*Terminated:* | 02/20/2007<br>02/21/2007<br>02/28/2007 | Motion for Leave to File |
| | *Docket Text:* MOTION for Leave to File an Amended Complaint filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 2/20/2007) | | |
| 11 | *Filed & Entered:* | 02/21/2007 | Letter |
| | *Docket Text:* Letter dated 2/11/07 from Jonathan Grigsby re preliminary injunction/TRO. (mcl, COURT STAFF) (Filed on 2/21/2007) | | |
| 12 | *Filed & Entered:* | 02/22/2007 | Letter |
| | *Docket Text:* Letter dated 2/19/07 from Jonathan Grigsby re status of preliminary injunction/TRO. (mcl, COURT STAFF) (Filed on 2/22/2007) | | |
| 13 | *Filed:*<br>*Entered:* | 02/26/2007<br>02/28/2007 | Order on Motion for Leave to Proceed in forma pauperis |
| | *Docket Text:* ORDER OF DISMISSAL and ORDER by Judge Charles R. Breyer denying [2] Motion for Leave to Proceed in forma pauperis, finding as moot [3] Motion to Transfer Case, finding as moot [5] Motion for Leave to File, finding as moot [7] Motion for Preliminary Injunction, finding as moot [9] Motion to Appoint Counsel, finding as moot [10] Motion for Leave to File (Attachments: # (1) Certificate of Service) (be, COURT STAFF) (Filed on 2/28/2007) | | |
| 14 | *Filed:*<br>*Entered:* | 02/26/2007<br>02/28/2007 | Clerk's Judgment |
| | *Docket Text:* CLERK'S JUDGMENT in favor of defendants against plaintiff (Attachments: # (1) Certificate of Service)(be, COURT STAFF) (Filed on 2/26/2007) Additional attachment(s) added on 3/1/2007 (mcl, COURT STAFF). | | |
| 20 | *Filed:*<br>*Entered:* | 03/07/2007<br>04/11/2007 | Letter |
| | *Docket Text:* Letter dated 3/1/07 from Jonathan W. Grigsby re status. (mcl, COURT STAFF) (Filed on 3/7/2007) | | |
| 21 | *Filed:*<br>*Entered:*<br>*Terminated:* | 03/08/2007<br>04/11/2007<br>06/18/2007 | Motion for Miscellaneous Relief |
| | *Docket Text:* MOTION seeking reasoning and explanation filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 3/8/2007) | | |
| 15 | *Filed:*<br>*Entered:* | 03/15/2007<br>03/19/2007 | Letter |
| | *Docket Text:* Letter dated 3/12/07 from Jonathan Grigsby to the Court re temporary restraining order/preliminary injunction he filed. (ys, COURT STAFF) (Filed on 3/15/2007) | | |
| 16 | *Filed & Entered:* | 03/23/2007 | Request |
| | *Docket Text:* REQUEST explaining why 3rd level review was not processed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 3/23/2007) | | |
| | *Filed:* | 03/27/2007 | Letter |

| | | | |
|---|---|---|---|
| 17 | *Entered:* | 03/28/2007 | |
| | *Docket Text:* Letter from Jonathan Grigsby re case number. (mcl, COURT STAFF) (Filed on 3/27/2007) | | |
| 18 | *Filed:* *Entered:* | 03/29/2007 03/30/2007 | Order |
| | *Docket Text:* ORDER. Signed by Judge Charles R. Breyer on 3/29/07. (Attachments: # (1) Certificate of Service)(be, COURT STAFF) (Filed on 3/29/2007) | | |
| 19 | *Filed:* *Entered:* | 04/04/2007 04/05/2007 | Letter |
| | *Docket Text:* Letter dated 4/1/07 from Jonathan Grigsby re preliminary injunction/temporary restraining order. (mcl, COURT STAFF) (Filed on 4/4/2007) | | |
| 22 | *Filed:* *Entered:* *Terminated:* | 06/13/2007 06/14/2007 06/18/2007 | Motion for Miscellaneous Relief |
| | *Docket Text:* MOTION to reactivate civil complaint filed 9/7/06 filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 6/13/2007) | | |
| 23 | *Filed & Entered:* | 06/18/2007 | Order on Motion for Miscellaneous Relief |
| | *Docket Text:* ORDER by Judge Charles R. Breyer denying [22] Motion motion for reconsideration (Attachments: # (1) Certificate of Service) (be, COURT STAFF) (Filed on 6/18/2007) | | |
| 24 | *Filed:* *Entered:* | 07/03/2007 07/05/2007 | Letter |
| | *Docket Text:* Letter dated 6/25/07 from Jonathan Grigsby requesting documents. (mcl, COURT STAFF) (Filed on 7/3/2007) | | |
| 25 | *Filed:* *Entered:* | 07/03/2007 07/05/2007 | Letter |
| | *Docket Text:* Letter dated 6/27/07 from Jonathan Grigsby requesting documents. (mcl, COURT STAFF) (Filed on 7/3/2007) | | |
| 26 | *Filed:* *Entered:* | 09/19/2007 09/20/2007 | Motion for Miscellaneous Relief |
| | *Docket Text:* MOTION seeking evidence and exhibits back filed by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 9/19/2007) | | |
| 27 | *Filed:* *Entered:* | 09/26/2007 09/27/2007 | Request |
| | *Docket Text:* REQUEST seeking District understanding on Pelican Bay's refusing to process by Jonathan W. Grigsby. (mcl, COURT STAFF) (Filed on 9/26/2007) | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/20/2007 08:50:48 | | | |
| **PACER Login:** | ag0204 | **Client Code:** | |
| **Description:** | History/Documents | **Search** | 3:06-cv-05494- |

|  |  | Criteria: | CRB |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.16 |