# Exhibit C

**FILED**

1

2          IN THE UNITED STATES DISTRICT COURT          FEB 2 6 2007

3                                                        RICHARD W. WIEKING
           FOR THE NORTHERN DISTRICT OF CALIFORNIA    CLERK, U.S. DISTRICT COURT
4                                                      NORTHERN DISTRICT OF CALIFORNIA

5

6    JONATHAN GRIGSBY,                      No. CV 06-05494 CRB ,

7              Plaintiff,

8                                           **JUDGMENT IN A CIVIL CASE**
     v.

9    M. CASTELLAN, et al.,                  FEB 2 8 2007

10             Defendant.        ENTERED IN CIVIL DOCKET _____

11   _____/                  # 14-PC

12        () **Jury Verdict.** This action came before the Court for a trial by jury. The issues

13   have been tried and the jury has rendered its verdict.

14        (X) **Decision by Court.** This action came to trial or hearing before the Court. The

15   issues have been tried or heard and a decision has been rendered.

16        **IT IS SO ORDERED AND ADJUDGED** that judgment be entered in favor of

17   defendants.

18

19   Dated: February 26, 2007                  Richard W. Wieking, Clerk

20                                             By: Barbara Espinoza,
                                               Deputy Clerk
21

22

23

24

25

26

27

28