# Exhibit D

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. GRIGSBY,<br><br>    Plaintiff(s),<br><br>vs.<br><br>M. CASTELLAN, et al.,<br><br>    Defendant(s). | No. C 06-5494 CRB (PR)<br><br>ORDER |

Per order filed on February 26, 2007, the court dismissed without prejudice plaintiff's prisoner action for failure to exhaust available administrative remedies, as required by 42 U.S.C. § 1997e(a).

To the extent that plaintiff's various letters and requests filed since February 26, 2007 may be construed as a motion for reconsideration, they are DENIED for lack of merit. See Twentieth Century - Fox Film Corp. v. Dunnahoo, 637 F.2d 1338, 1341 (9th Cir. 1981) (motions for reconsideration are not a means of attacking some perceived error of the court). Plaintiff is free to refile a new action after exhausting California's prison administrative process.

SO ORDERED.

DATED: March 29, 2007

CHARLES R. BREYER
United States District Judge