# Exhibit E

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN W. GRIGSBY, | |
| Plaintiff(s), | No. C 06-5494 CRB (PR) |
| vs. | ORDER |
| M. CASTELLAN, et al., | (Doc # 22) |
| Defendant(s). | |

On February 26, 2007, the court dismissed without prejudice plaintiff's prisoner action for failure to exhaust available administrative remedies, as required by 42 U.S.C. § 1997e(a).

Plaintiff filed several letters and requests seeking reconsideration. On March 29, 2007, the court construed the various letters and requests as motions for reconsideration and denied them for lack of merit.

Plaintiff has now filed a "motion to reactivate civil complaint." Plaintiff's motion (doc # 22) is construed as a renewed motion for reconsideration and again is DENIED for lack of merit.

If plaintiff has now exhausted California's prison administrative process, he is free to file a new action. There are no valid grounds to reopen this closed matter, however.

SO ORDERED.

DATED: June 18, 2007

CHARLES R. BREYER
United States District Judge