IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN W. GRIGSBY, | ) | |
| Plaintiff(s), | ) | No. C 07-2833 CRB (PR) |
| v. | ) | ORDER |
| ROBERT HOREL, et al., | ) | (Doc # 21) |
| Defendant(s). | ) | |

Defendants recently appeared and filed a motion for summary judgment in this prisoner action. Plaintiff shall file an opposition, or notice of non-opposition, to the motion by no later than January 4, 2008, and defendants shall file a reply to any opposition within 15 days of its filing.

Plaintiff's miscellaneous motion for an order compelling defendants to cooperate with discovery and for sanctions (doc # 21) is DENIED as premature and/or for lack of merit. Plaintiff again is advised that the court will not entertain any motion unless it pertains to this case and is accompanied by a certificate of service showing that it was served on defendants, as required by Federal Rule of Civil Procedure 5.

SO ORDERED.

DATED:  December 3, 2007

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Grigsby2.or2.wpd