IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN W. GRIGSBY,                )
                                    )
            Plaintiff(s),           )          No. C 07-2833 CRB (PR)
                                    )
        v.                          )          ORDER
                                    )
ROBERT HOREL, et al.,               )          (Doc # 28 & 30)
                                    )
            Defendant(s).           )
_____)

        Plaintiff's motion (doc # 28) for an order compelling discovery is

DENIED as premature.  The court will not entertain discovery motions unless the

parties first comply with the meet-and-confer requirements of the Federal Rules

of Civil Procedure and the Court's Local Rules.  See, e.g., Fed. R. Civ. P. 37(a)

(motion to compel must include a certification that the movant has in good faith

conferred or attempted to confer with the party not making the disclosure in an

effort to secure the disclosure without court action); Civ. L. R. 37-1 (same).  In

view of plaintiff's incarceration, the parties may satisfy the meet-and-confer

requirements by letter or telephone conversation.  Cf. Civil L. R. 1-5(n) ("meet

and confer" or "confer" means to communicate directly and discuss in good faith

the issue(s); mere sending of a written, electronic or voice-mail communication

does not satisfy a requirement to "meet and confer" or to "confer;" requirement

can be satisfied only through direct dialogue and discussion – either in a face to

face meeting or in a telephone conversation).

1    Plaintiff's request for an order compelling prison officials to return to him

2    his legal documents is GRANTED IN PART.  Prison officials shall give plaintiff

3    reasonable access to this legal documents so that he may comply with the court's

4    deadlines.

5    Plaintiff's motion (doc # 30) for default judgment is DENIED.  Defendants

6    recently appeared and moved for summary judgment.

7    SO ORDERED.

8    DATED:  Dec. 06, 2007

     CHARLES R. BREYER
9    United States District Judge

G:\PRO-SE\CRB\CR.07\Grigsby2.or3.wpd

2