IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN W. GRIGSBY, | ) | |
| Plaintiff(s), | ) | No. C 07-2833 CRB (PR) |
| v. | ) | ORDER |
| ROBERT HOREL, et al., | ) | (Docs # 33 & 34) |
| Defendant(s). | ) | |

On November 26, 2007, defendants filed a motion for summary judgment in this prisoner action under 42 U.S.C. § 1983.

Plaintiff promptly responded by filing a motion to dismiss defendants' motion as untimely and for sanctions. Plaintiff's motion (doc # 34) is DENIED as frivolous.

Since plaintiff filed this action on May 31, 2007, he has filed more than a dozen miscellaneous motions seeking everything from injunctive relief unrelated to this case to default judgment. All of the motions have been denied as moot, premature and/or for lack of merit. Many have been duplicative.

The clerk is instructed not to file any further motions submitted by plaintiff. The court will review plaintiff's submissions and issue an order if one is deemed appropriate. Plaintiff's practice of inundating the court and the other parties with miscellaneous motions is burdensome and unfair to the court and the other parties alike.

1  |  Plaintiff should concentrate his efforts in a response to defendants' motion
2  |  for summary judgment.  Good cause appearing, plaintiff motion (doc # 33) for an
3  |  extension of time to file an opposition is GRANTED IN PART.  Plaintiff shall
4  |  file an opposition, or notice of non-opposition, to defendants' motion by no later
5  |  than February 29, 2008, and defendants shall file a reply to any opposition by no
6  |  later than 15 days thereafter.  No further extension of time will be granted.

The court again requests that prison officials give plaintiff reasonable access to this legal documents so that he may comply with the court's deadlines.

SO ORDERED.

DATED:  Dec. 14, 2007

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Grigsby2.or4.wpd

2