IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN W. GRIGSBY, | ) | |
| Plaintiff(s), | ) | No. C 07-2833 CRB (PR) |
| v. | ) | ORDER |
| ROBERT HOREL, et al., | ) | |
| Defendant(s). | ) | |

On January 18, 2008, the court received a packet of pleadings and documents from plaintiff. The clerk stamped them "received," rather than "filed," as instructed by the court.

One of the pleadings in the packet is an opposition to defendants' motion for summary judgment.

The clerk is instructed to file the opposition, along with supporting exhibits, and to serve a copy on defendants. Defendants shall file a reply by no later than February 15, 2008.

SO ORDERED.

DATED: Jan. 25, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Grigsby2.or5.wpd