UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JONTHAN W GRIGSBY,

        Plaintiff,

  v.

ROBERT HOREL et al,

        Defendant.
                                        /

Case Number: CV07-02833 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan W. Grigsby T-61830  
D5-222  
P.O. Box 1050(dmh)  
Soledad, CA 93960

Dated: January 25, 2008

                                            Richard W. Wieking, Clerk  
                                            By: Barbara Espinoza, Deputy Clerk