T-61830 D6-205
Salinas Valley State Prison
P.O. Box 1050 dmh
Soledad, CA 93960

**ORIGINAL FILED**
JAN 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

copy 1 of 3

In The United States District Court For The Northern District California

Jonathan Grigsby
  Plaintiff

vs.

Robert Horel et al.,
  Defendant(s)

Civil Action C07-2833 CRB (PR)

Plaintiffs Motion Opposition To Summary Judgment And Declarations By William Barlow & Lis Sciandra

In order to respond to summary judgment plaintiff must use his exhibits and evidence used to file my civil complaint. December 21, 2007 I received box of literally thousands of documents majority having nothing to do with my case 07-2833.

Judge Breyer on December 6, 2007 sent court order telling attorney generals Jennifer Nygaard in #C07-2566 an Lisa Sciandra in #C07-2833 to make access to my legal property, legal documents available.

To date January 10, 2008 defendants have refused to send all my legal property. I was given til February 28, 2008 to respond to summary judgment. I can't keep my case moving forward through district court constantly waiting on defendants to comply to your order.

I am going to use what exhibits of evidence I have to file my action. I belief with exhibits I provide will show malice & sadistic actions of warden Robert Horel and his subordinates. That its enough to warrant me summary judgment based on perjury in declarations and using of exhibits mark A, B, C, are not mention as stated on these exhibit B that Lisa Sciandra uses and makes mention of in her declaration.

(exhibit 1) is letter from victim compensation government claim board (BOC) dated July 7, 2006 it gives my claim number G558437 and explains my hearing was changed from July 20, 2006 til August 31, 2006. In William Barlows declaration under penalty of perjury he states on page 2 lines 24 to 28, an page 3 1 thru 3 states I never received (BOC) claim and states in motion to dismiss dated September 14, 2006 to Judge Follet. He Mr. Barlow called victims compensation government claims board (BOC) on September 6, 2006 via telephone, that I did not file claim.

saying (1)

Mr. Barlow's declaration was signed under penalty of perjury on November 20, 2007? His (exhibit A) motion to dismiss filed September 14, 2006 in small claim case number CICL 06-2139. (exhibit 1) shows and contradicts William Barlow stating on September 6, 2006 he called (BOC) to verify I never filed claim?

Based on this information and belief plaintiff should be granted summary judgment in my favor because of perjury and fabricated statements? I can't believe anything William Barlow's after lying in motion filed 9-14-06 and phone he says he made to (BOC) on September 6, 2006 via telephone?

2 major important issues that shows malice and sadistic actions comes from Lisa Sciandra declaration made under penalty of perjury on November 20, 2007. I'm attorney generals declaration she speaks on exhibits A & B? (Exhibit A) is declaration under penalty of perjury by authorized custodian of records maintained on inmates M/s. Lynda Allen filed October 26, 2007.

(Exhibit B) is mentioned in Lisa Sciandra declaration and its 3 legal mail letters that are xeroxed copied that says exhibits A, B, C on all 3 of them? These 3 legal mail letters are not mention in my civil action as exhibits A, B, C. All 3 of them say does not meet criteria confidential mail? Because they are not part of legal mail documents used by me as exhibits A, B, C

I'm telling district court Judge Breyer that these 3 legal mail letter that are marked as Lisa Sciandra (exhibit B) are copies out of my legal property and should have been handed over to me in court order Judge filed December 6, 2007. Theres no explanation as to how attorney general came into possession of exhibit I used in some other legal complaint? How did she get these documents? If they were in my C-file as reason why the records custodian Linda Allen had them there is no excuse or explanation as why my legal document are being used by defense attorney? In Judges copy of Lisa Sciandra declaration (exhibit B) the 3 legal mail letters show violation of my first amendment right.

In my civil action Judge Breyer take not of following point that shows my legal property has been taken or destoryed based on information and belief? Paragraph 15 of civil action 07-2833 I state law offices of Rosen, Bien, & Galvan I also state same through entire action paragraph 1-87. But I mention this law firm again in paragraph 21, 30, and 69?

To show malice actions of Robert Horel and his subordynates and the attorney general. On Lisa Sciandra (exhibit B) specificly exhibits mark B, C? The attorney name of Rosen, Bien, Azaro which Galvan who's mention all through my law suit is not mention on copys Lisa Sciandra attorney general uses? Meaning somebody went through my legal property which is probably reason to date January 14, 2008 I still have not recieved all my legal property? That alone proves that

(2)

Somebody in defendants employees went through my legal property and found letters that should be confidential mail from Rosen, Bien, & Galvan? Defendants have copies of letters from Rosen, Bien, & Asaro, whos attorney that became partner in late 2005 or sometime 2006? This proves defendants went through my property a violation and conflict of interest, being they don't want violations of my rights coming out.

P. Carrier, Robert Horel, acted under color of state. Robert Horel - warden signed of denial on 602 appeal P-06-02084. (Exhibit 99) shows ranking officials names had chance to investigate or straight out issues before they got to Federal court. It needs to be noted court take action against defendants and counsel for not sending me all of my legal property. But to use my legal mail exhibits against me cross the line?

(Exhibit 99) is just two pieces of several exhibits that were (ex. 99) Based on fabricated statements and doctored dismissal motion by William Barlow and attorney general having access to documents showing violation of my first amendment rights and those exhibits not used in this action Judge should find good cause to deny summary judgment?

In summary judgment Rule 56(e) plaintiff is suppose to use exhibits and evidence used to show & contradict claims of defense attorney and defendants. I don't have any of my exhibits and I am submitting this motion based on what I have which is 3 pieces of evidences out my entire civil action.

I was given February 28, 2008 to submit a response? As of todate January 14, 2008 I still don't have my legal property. Judge should find defendants in contempt of court for failing to comply court order Judge Breyer filed in record on December 6, 2007, telling defendants make access available they still have not complied. They refuse so plaintiff should be granted denial of summary judgment and trial date and a attorney assigned to help me present my case in jury trial. Defendants trying to destroy federal evidence in this claim because I don't have my evidence and I filed my claim under penalty of perjury showing good faith that action submitted is true and correct. Attorney general and the defendants have lied, fabricated statements, lied saying called (BOC) on 9-6-06 verify claim was never filed? And used my own legal property as evidence against me in declaration by Lisa Scandra (exhibit B) which states law offices of Rosen, Bien, Asaro? When it should should say Rosen, Bien, & Galvan proving my legal property was searched and used by attorney general.

I declare under penalty of perjury foregoing is true correct

Date January 14, 2008                    Jonathan Grizzby/ Pro-Se

(3)



STATE OF CALIFORNIA                                                                                   ARNOLD SCHWARZENEGGER, Governor

**VICTIM COMPENSATION AND GOVERNMENT CLAIMS BOARD**
GOVERNMENT CLAIMS DIVISION
P O BOX 3035
SACRAMENTO, CALIFORNIA 95812-3035
Toll Free Number: 1-800-955-0045  Fax Number: (916) 323-5768
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
And Chairperson

STEVE WESTLY
State Controller
State Controller's Office
And Board Member

Charles Carbone T61830
Attorney at Law
PMB 212 3128 16th St
San Francisco, CA 94103

*exhibit 1*

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

July 07, 2006

RE:  Claim G558437 for Jonathan Grisby, T61830
     Tort claim for Complex Issues, General/Punitive Damages

Dear Charles Carbone,

You were previously notified that your claim was scheduled to be acted upon by the Board at the July 20, 2006 meeting. However, the meeting had to be rescheduled.

The claim is now set for the August 31, 2006, Board meeting in Sacramento.

You will be receive written notification of the Board's decision within approximately 3 weeks of the meeting.

Sincerely,

Government Claims Division
Victim Compensation and Government Claims Board

cc:  D-8 Attorney Generals Office, Attn: Tort Claims Coordinator
     B-23 Corrections and Rehabilitation, Attn: Donna Corbin
     GCB Staff

Ltr 6 Hearing Dt Chg

5046 $01.110 MAR 16
8035 FROM ZIP CODE 941

MAR 20 2007

③

exhibit 99

Does Not Meet The Criteria For "CONFIDENTIAL MAIL"

LEGAL MAIL
CONFIDENTIAL

AMERICAN CIVIL
LIBERTIES UNION OF
NORTHERN CALIFORNIA
39 DRUMM STREET
SAN FRANCISCO, CA 94111

ACLU
AMERICAN CIVIL LIBERTIES UNION
of

Jonathan Grigoby T-61830
Pelican Bay State Prison
PO Box 7500
Crescent City, CA. 95532

153
112

LEGAL MAIL
CONFIDENTIAL

exhibit 99

MAR 06 2007

5086 $C
43

Does Not Meet The Criteria For "CONFIDENTIAL MAIL"

AMERICAN CIVIL
LIBERTIES UNION OF
NORTHERN CALIFORNIA
39 DRUMM STREET
SAN FRANCISCO, CA 94111

ACLU
AMERICAN CIVIL LIBERTIES UNION
of

Jonathan Grigoby T-61830 B1-210
Pelican Bay State Prison
PO Box 7500
Crescent City, CA. 95532

United States District Court
For The
Northern District Of California

Jonathan Grigsby
Plaintiff
V. Robert Horel et al.,

Defendant(s)

Case Number CV07-2833 CRB (PR)
Certificate of Service

I, Jonathan Grigsby, declare under penalty of perjury that: I am Plaintiff in the above entitled action; That on January 14, 2008 I served a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail.

Judge CRB (PR)
Northern District California
450 Golden Gate Avenue
S.F. CA 94102-3483

Lisa Sciandra (attorney general)
Department of Justice
455 Golden Gate Avenue, suite 11000
S.F. CA 94102-7004

Date January 14, 2008

Signature Jonathan Grigsby Prob
Jonathan Grigsby