IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN GRIGSBY,<br><br>          Plaintiff,<br><br>     v.<br><br>ROBERT HOREL, et al.,<br><br>          Defendants._____/ | No. CV 07-02833 CRB ,<br><br>**JUDGMENT IN A CIVIL CASE** |

     **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS SO ORDERED AND ADJUDGED** that judgment be entered in favor of defendants.

Dated: April 29, 2008                                    Richard W. Wieking, Clerk

                                                   By: _____
                                                   Deputy Clerk