UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

May 6, 2008

**CASE INFORMATION:**
Short Case Title:  JONTHAN W GRIGSBY -v- ROBERT HOREL
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: USDC, Northern District of CA, Judge Charles R. Breyer
Criminal and/or Civil Case No.: CV 07-02833 CRB (PR)
Date Complaint/Indictment/Petition Filed: 5/31/07
Date Appealed order/judgment *entered* 4/28/08
Date NOA *filed* 5/5/08
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):       ☐ granted in full (attach order)         ☐ denied in full (send record)
                              ☐ granted in part (attach order)         ☐ pending

Court Reporter(s) Name & Phone Number: not applicable

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed:
Date FP granted: 8/28/07                       Date FP denied:
Is FP pending? ☐ yes   ☐ no                    Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address) See Docket Sheet
Appellate Counsel:                             Appellee Counsel:
Jonathan W. Grigsby                            Lisa M. Sciandra
T-61830 D6-205                                 CA State Attorney General's Office
Salinas Valley State Prison                    455 Golden Gate Ave., Suite 11000
P.O. Box 1050                                  San Francisco, CA 94102
Soledad, CA 93960

☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                   Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                                9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Maria Loo, (415) 522-2000