Jonathan Grigsby
T-61830 D6-205
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

original

United States District Court
Northern District of California

Jonathan Grigsby
    Plaintiff

Civil No. CV07-2833
Notice of Appeal

vs

Robert Horel, Francisco Jacquez,
P. Carrier, C.E. Wilber, M. Miller,
William Barlow, Darren Bradbury
    Defendants
sued individual and official capacitys et al.;

FILED
MAY 0 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

This notice hereby informing district court. That plaintiff is formally filing motion to appeal Judge Breyer order dismissing granting summary judgment April 28, 2008. Motion for consideration filed 5/1/08 also for record F.R.C.P. 12(a)(4)

May 1, 2008

Jonathan Grigsby
Pro-Per