IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN W. GRIGSBY, | ) | |
| Plaintiff(s), | ) | No. C 07-2833 CRB (PR) |
| v. | ) | ORDER |
| ROBERT HOREL, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff has submitted a motion for reconsideration and a notice of appeal following the court's April 28, 2008 order granting defendants' motion for summary judgment. Plaintiff's motion for reconsideration is DENIED. See Twentieth Century - Fox Film Corp. v. Dunnahoo, 637 F.2d 1338, 1341 (9th Cir. 1981) (motions for reconsideration are not a means of attacking some perceived error of the court). Nothing in plaintiff's motion requires a different conclusion than that reached by the court in its April 28, 2008 order. The clerk shall process the notice of appeal.

SO ORDERED.

DATED: May 13, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.07\Grigsby2.recon.wpd