**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 04 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHAN W. GRIGSBY,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>ROBERT HOREL,<br><br>    Defendant - Appellee. | No.  08-16163<br><br>D.C. No.  3:07-cv-02833-CRB<br>Northern District of California,<br>San Francisco<br><br>**ORDER** |

   Appellant Jonathan W. Grigsby, prison identification number T-61830, has been granted leave to proceed in forma pauperis in this appeal and has completed and filed the required authorization form directing the appropriate prison officials to assess, collect, and forward to the district court the filing and docketing fees for this appeal pursuant to 28 U.S.C. § 1915(b)(1) and (2).  This court hereby assesses an initial filing fee of 20 percent of the greater of (A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the May 5, 2008 notice of appeal.  Appellant is not responsible for payment when the funds in appellant's prison trust account total less than $10, but payments must resume when additional deposits are made or funds are otherwise available.

   The Clerk shall serve this order and appellant's completed authorization form on the Attorney General for the State of California, P. O. Box 944255,

Sacramento, California 94244-2550, who shall notify the appropriate agency or prison authority responsible for calculating, collecting, and forwarding the initial payment assessed in this order and for assessing, collecting, and forwarding the remaining monthly payments of the fee to the district court for this appeal. See 28 U.S.C. § 1915(b)(2). Each payment should be accompanied by the district court and appellate docket numbers for this appeal and a record of previous payments made for this appeal.

All pending motions will be addressed by a separate order.

The Clerk shall also serve a copy of this order on the clerk and the financial unit of the district court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Joe Williams
Deputy Clerk