| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | AUG 13 2008 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JONATHAN W. GRIGSBY,<br><br>          Plaintiff - Appellant,<br><br>   v.<br><br>ROBERT HOREL, et al.,<br><br>          Defendants - Appellees. | No. 08-16163<br><br>D.C. No. 3:07-cv-02833-CRB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: CANBY and LEAVY, Circuit Judges.

Appellant's motion for appointment of counsel is denied. No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained.

The opening brief has been filed. The answering brief is due 30 days after the date of this order; the optional reply brief is due 14 days after service of the answering brief.

Because appellant is proceeding without counsel, the excerpts of record requirement is waived. *See* 9th Cir. R. 30-1.2. Appellees' supplemental excerpts of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in appellee's brief. *See* 9th Cir. R. 30-1.7.

LN/MOATT